UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY AYIOMAMITIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20 CV 563 MTS |
| | ) | |
| NATIONAL SPACE SOCIETY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

This matter is before the Court on the parties' Stipulation Regarding Transfer of Venue and Withdrawal of Motion for Entry of Clerk's Default, Doc. [12]. The parties' stipulation requests that this action be transferred from this Court to the United States District Court for the District of Columbia.

Upon review of the record, and based upon the stipulation and consent of the parties, this court finds that pursuant to 28 U.S.C. § 1404(a),"[f]or the convenience of parties and witnesses, [and] in the interest of justice," venue will be transferred to the United States District Court for the District of Columbia.

**IT IS HEREBY ORDERED** that the parties' Stipulation Regarding Transfer of Venue and Withdrawal of Motion for Entry of Clerk's Default, Doc. [12], is **GRANTED.** The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Columbia.

Dated this 14th day of October, 2020

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE